FILED: January 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1863
(2:21-cv-00653-MSD-LRL)

_____

D.A. REALESTATE INVESTMENT, LLC, an inactive Virginia limited liability
company; DANNY FOX, an individual and active-duty servicemember and owner
of D.A. Realestate Investment, LLC,

Plaintiffs – Appellants,

and

REAL PROPERTY KNOWN AS TAX PARCEL NO. 49314300,

Plaintiff,

v.

CITY OF NORFOLK, a municipal corporation,

Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed January 16, 2025, as follows:

On the cover page, the spelling of "Norfolk" is corrected.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk